1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD M. ELIAS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      ) 1:11-CV-00143-LJO-GSA
                                    )
12 |         Plaintiff,              ) **ORDER REGARDING CLERK'S ISSUANCE**
                                    ) **OF WARRANT FOR ARREST OF**
13 |    v.                           ) **ARTICLES *IN REM***
                                    )
14 | APPROXIMATELY $38,885.00 IN U.S.)
   | CURRENCY,                       )
15 |                                 )
   |         Defendant.              )
16 |                                 )
   |                                 )
17

18       WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on January 26, 2011,

19 in the United States District Court for the Eastern District of California, alleging that the defendant

20 Approximately $38,885.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture

21 to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841

22 *et seq.*;

23       And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and

24 the affidavit of Drug Enforcement Administration Special Agent John Busse, there is probable cause

25 to believe that the defendant currency so described constitutes property that is subject to forfeiture

26 for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem*

27 exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime

28

1 Claims and Asset Forfeiture Actions;

2     IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern
3 District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

4

5 Dated:    1/28/11

                                GARY S. AUSTIN
6                                 United States Magistrate Judge