1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cv-00143 LJO GSA |
| Plaintiff, | )<br>)<br>) | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| v. | )<br>) | (Document 23) |
| APPROXIMATELY $38,885.00 IN U.S. CURRENCY, | )<br>)<br>) | |
| Defendant. | )<br>) | |
|  | ) | |

On December 15, 2011, the Magistrate Judge issued findings and recommendations that (1) Plaintiff's ex parte application for default judgment against the interests of Valentin Rojas Ortega and Adolfo Rojas in the defendant currency be granted; (2) final forfeiture judgment be entered to vest in Plaintiff all right, title and interest in the defendant currency; and (3) Plaintiff be ordered to submit a proposed default and final forfeiture judgment consistent with the findings and recommendations within ten days of service of an order adopting the findings and recommendations.  These findings and recommendations were served on all parties appearing in the action and contained notice that any objections to the Findings and Recommendations were to be filed within fourteen (14) days of the date of service of the order.  (Doc. 23.)

1

1    More than fourteen days have passed and no objections have been filed.

2    In accordance with the provisions of Title 28 of the United States Code section

3  636(b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed

4  the entire file, the Court finds that the Findings and Recommendations are supported by the

5  record and proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.    The Findings and Recommendations issued December 15, 2011, are ADOPTED

8         IN FULL; and

9    2.    Plaintiff United States of America shall submit a proposed default and final

10        forfeiture judgment consistent with the findings and recommendations and order

11        of the court within ten (10) days of service of this order.

12   IT IS SO ORDERED.

13  **Dated:    January 3, 2012**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

2