BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | 1:11-CV-00143-LJO-GSA |
| )                            Plaintiff,    ) | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v.                              ) | |
| APPROXIMATELY $38,885.00 IN      ) U.S. CURRENCY,                  ) | |
| )                            Defendant.   ) | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed November 10, 2011. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge has passed and no timely objections have been filed. An Order Adopting the Magistrate Judge's Findings and Recommendations was filed on January 4, 2012. Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's *Ex Parte* Application for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

///

///

 ///

1   Default Judgemtn and Final Judgement of Forfeiture

1    ORDERED, ADJUDGED AND DECREED:

2    1. The Court adopts the Magistrate Judge's December 15, 2011, Findings
3 and Recommendations in full.

4    2.  Valetin Rojas Ortega and Adolfo Rojas are held in default.

5    3. A judgment by default is hereby entered against any right, title, or
6 interest in the defendant approximately $38,885.00 in U.S. Currency (hereafter
7 "defendant currency") of Valentin Rojas Ortega, Adolfo Rojas, and all other
8 potential claimants who have not filed claims in this action.

9    4. A final judgment is hereby entered forfeiting all right, title, and interest
10 in the defendant currency to the United States of America, to be disposed of
11 according to law, including all right, title, and interest of Valentin Rojas Ortega and
12 Adolfo Rojas.

13    5. All parties shall bear their own costs and attorneys' fees.

14    IT IS SO ORDERED.

**Dated:   January 17, 2012**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE