1   BENJAMIN B. WAGNER
    United States Attorney
2   HEATHER MARDEL JONES
    Assistant United States Attorney
3   United States Courthouse
    2500 Tulare Street, Suite 4401
4   Fresno, California 93721
    Telephone: (559) 497-4000
5   Facsimile: (559) 497-4099

6   Attorneys for the United States

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   1:11-CV-00143-LJO-GSA
                                      )
12              Plaintiff,            )   **DEFAULT JUDGMENT AND FINAL**
                                      )   **JUDGMENT OF FORFEITURE**
13      v.                            )
                                      )
14   APPROXIMATELY $38,885.00 IN      )
     U.S. CURRENCY,                   )
15                                    )
                Defendant.            )
16   ─────────────────────────────── )

17      This matter is before the Court on plaintiff United States' *Ex Parte* Motion

18   for Default Judgment filed November 10, 2011.  The Magistrate Judge has

19   recommended that the United States' motion for default judgment be granted.  The

20   time for objecting to the Findings and Recommendations of the Magistrate Judge

21   has passed and no timely objections have been filed.  An Order Adopting the

22   Magistrate Judge's Findings and Recommendations was filed on January 4, 2012.

23   Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's *Ex*

24   *Parte* Application for Default Judgment, the Order Adopting the Magistrate Judge's

25   Findings and Recommendations, and the files and records of the Court, it is

26   ///

27   ///

28    ///

                                  1      Default Judgemtn and Final Judgement of Forfeiture

1        ORDERED, ADJUDGED AND DECREED:

2        1.  The Court adopts the Magistrate Judge's December 15, 2011, Findings

3   and Recommendations in full.

4        2.   Valetin Rojas Ortega and Adolfo Rojas are held in default.

5        3.  A judgment by default is hereby entered against any right, title, or

6   interest in the defendant approximately $38,885.00 in U.S. Currency (hereafter

7   "defendant currency") of Valentin Rojas Ortega, Adolfo Rojas, and all other

8   potential claimants who have not filed claims in this action.

9        4.  A final judgment is hereby entered forfeiting all right, title, and interest

10  in the defendant currency to the United States of America, to be disposed of

11  according to law, including all right, title, and interest of Valentin Rojas Ortega and

12  Adolfo Rojas.

13       5.  All parties shall bear their own costs and attorneys' fees.

14       IT IS SO ORDERED.

15  **Dated:    January 17, 2012**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28