IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 11-0143 LJO GSA |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| APPROXIMATELY $38,885 IN U.S. CURRENCY, | |
| Defendants. / | |

Given the absence of further matters in this action, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   August 8, 2012**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1